ORIGINAL

CAROL C. LAM
United States Attorney
KATHLEEN W. CLARK
Assistant U.S. Attorney
California State Bar No. 168644
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5977

Attorneys for Plaintiff
United States of America

FILED

06 SEP 25 AM 10:30

[illegible stamp]

BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 01CR7017-H-ALL |
| ) | 01MC0349 |
| Plaintiff, ) | |
| ) | EX PARTE PETITION FOR |
| v. ) | REMISSION OF FINE |
| ) | AND ORDER THEREON |
| RUSSELL E. BROWN, ) | |
| ) | |
| Defendant. ) | |

The United States of America, by its undersigned attorneys, petitions this Court pursuant to 18 U.S.C. § 3573 for remission of the fine imposed in this case.

STATEMENT OF FACTS

1. In May 2001, jurisdiction of the supervised release of the above defendant, Russell Edward Brown, was transferred from the Eastern District of California to the Southern District of California.

2. The district court in the Eastern District of California had ordered the defendant to pay a $15,000 fine, in addition to a period of incarceration and supervised release.

///

///

KWC:2002Z00427/sp

3. The United States Attorney for the Southern District of California now has the responsibility to collect the fine from the defendant.

4. On September 13, 2006, the United States Attorney's Financial Litigation Unit staff verified by computer database the defendant is deceased.

5. All credit and asset searches have been to no avail.

6. The United States Attorney has been unable to collect the fine.

7. 18 U.S.C. § 3573 provides that:

> Upon petition of the Government showing that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

18 U.S.C. § 3573(1).

6. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further effort would, in fact, be contrary to the interests of the United States because they would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this Court for an order pursuant to 18 U.S.C. § 3573, remitting the fine.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

01MC0349

STATEMENT OF ACCOUNT:

| | |
|---|---|
| Fine | $15,000.00 |
| Payments: | $ 7,229.24 |
| **TOTAL DUE** | $ 7,770.76 |

DATED: 9/19/06

                            CAROL C. LAM
                            United States Attorney

                            KATHLEEN W. CLARK
                            Assistant U.S. Attorney

                            O R D E R

IT IS SO ORDERED.

DATED: 9/22/06

                            Judge of the District Court